# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SCHONDA JOHNSON,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Commissioner of the Social
Security Administration,

    Defendant.

Case No. 3:14-cv-00119

District Judge Walter H. Rice
Magistrate Judge Sharon L. Ovington

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on April 24, 2017 (Doc. #22) is ADOPTED in full;

2. The Motion For Allowance Of Attorney Fees filed by Plaintiff's counsel (Doc. #18) is GRANTED, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $10,000.00;

3. Plaintiff's counsel is ordered to refund directly to Plaintiff the amount of attorney fees previously paid to her counsel, $2,700.00, under the Equal Access to Justice Act (Doc. # 17); and

4. The case remains terminated on the Court's docket.

                                                    Walter H. Rice
                                        United States District Judge